UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DEBBIE McCOY,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>WALMART, INC., and<br><br>WAL-MART STORES ARKANSAS, LLC,<br><br>    Defendants. | Case No. 6:18-cv-3256 _____ |

## DECLARATION OF MARINA HODGES

I, Marina Hodges, state as follows:

1. I am of sound mind, am competent to make this Declaration, and have personal knowledge of the facts and circumstances set forth herein, or access to records maintained by Walmart Inc. in the ordinary course of business reflecting such facts. I am authorized to make this Declaration.

2. I am the Director of Treasury Operations & Retail Gift Card Association Chair for Walmart. In that capacity, I am familiar with three entities named as Defendants in the above-captioned action. I am also familiar with Walmart's gift card sales in Missouri and in the United States generally.

3. As of July 31, 2018, Wal-Mart Stores East, LP. operated approximately 138 stores and employed thousands of associates in Missouri. As of July 31, 2018, Walmart operated approximately 4,733 stores and employed hundreds of thousands of associates in its Walmart U.S. Segment.

Exhibit A

4. Over Walmart's last four fiscal years, funds have been loaded onto Walmart gift cards at Walmart U.S. stores more than 550,000,000 times.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Further Declarant Sayeth Naught.

August 13, 2018
_____
Dated

_____
Marina Hodges