UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DEBBIE MCCOY,

        Plaintiff,

v.

WAL-MART STORES EAST, LP, et al.,

        Defendants.

Case No. 6:18-cv-03256-BP

## MOTION TO COMPEL INDIVIDUAL ARBITRATION
## AND TO STAY LITIGATION

Defendants Walmart Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores Arkansas, LLC (collectively "Walmart") hereby move to compel Plaintiff Debbie McCoy ("Plaintiff") to pursue her claims against Walmart in an individual arbitration proceeding pursuant to the Walmart Gift Card Terms and Conditions. Plaintiff bases her claims on the allegation that sometime prior to the use of two Walmart Gift Cards that she purchased, some unspecified third party or parties compromised them, such that the funds were unavailable. In support of this Motion, Walmart states as follows:

1. The Federal Arbitration Act, 9 U.S.C. §§ 1–16 ("FAA"), which governs here, evidences a strong federal policy in favor of arbitration;

2. Under the FAA, agreements such as the Gift Card Terms and Conditions, which are both in writing and "evidenc[e] a transaction involving [interstate] commerce," are "valid, irrevocable, and enforceable." 9 U.S.C. § 2;

3. Plaintiff is bound by the Gift Card Terms and Conditions, which expressly incorporate the Walmart Terms of Use, including the broad arbitration agreement in those Terms;

4. The parties' arbitration agreement provides that "all disputes arising out of or

related to . . . any aspect of the relationship between you and Walmart, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, will be resolved" in individual arbitration proceedings; and

5. Plaintiff's claims against Walmart must be arbitrated on an individual basis because they fall squarely within the broad scope of her arbitration agreement with Walmart.

**WHEREFORE**, Walmart respectfully requests that Plaintiff's claims be compelled to arbitration on an individual basis and that this action be stayed pending resolution of that proceeding.

Dated: November 29, 2019      By:      /s/ James F. Bennett
James F. Bennett      #46826
Gabriel E. Gore      #45416
Sheena R. Hamilton      #62921
DOWD BENNETT LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111   (facsimile)
jbennett@dowdbennett.com
ggore@dowdbennett.com
shamilton@dowdbennett.com

Tina G. Fowler      #48522
BAIRD LIGHTNER MILLSAP, PC
1901C South Ventura
Springfield, Missouri 65804
(417) 887-0133 (telephone)
(417) 887-8740  (facsimile)
tfowler@blmlawyers.com

Michael W. McTigue Jr.
(*pro hac vice pending*)
Meredith C. Slawe
(*pro hac vice pending*)
AKIN GUMP STRAUSS HAUER & FELD
Two Commerce Square,
2001 Market Street, Suite 4100
Philadelphia, Pennsylvania 19103
(215) 965-1200 (telephone)
(215) 965-1210 (facsimile)
mmctigue@akingump.com
mslawe@akingump.com

Elizabeth D. Scott
(*pro hac vice pending*)
AKIN GUMP STRAUSS HAUER & FELD
2300 North Field Street, Suite 1800
Dallas, Texas 75201
(214) 969-2800 (telephone)
(214) 969-4343 (facsimile)
edscott@akingump.com

*Attorneys for Defendants Walmart Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores Arkansas, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2019, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Western District of Missouri using its CM/ECF system which effected service on all counsel of record.

      /s/ James F. Bennett