UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DEBBIE MCCOY,

Plaintiff,

v.

Case No. 6:18-cv-03256-BP

WAL-MART STORES EAST, LP, *et al.*,

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Debbie McCoy and Defendants Walmart Inc., Wal-Mart Stores East, LP, Wal-Mart

Stores Arkansas, LLC and their affiliated entities ("Walmart"), by and through their attorneys,

hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: October 17, 2022

By: /s/

Craig R. Heidemann
**DOUGLAS, HAUN & HEIDEMANN –
BOLIVAR**
103 E. Broadway Street
Bolivar, Missouri 65613
Telephone: (417) 326-5261
craig@dhhlawfirm.com

Nickolas W. Allen
**DOUGLAS, HAUN & HEIDEMANN –
SPRINGFIELD**
901 E. St. Louis Street, Suite 1200
Springfield, Missouri 65806
Telephone: (417) 326-5261
Fax: (417) 887-8618
nick@dhhlawfirm.com

*Attorneys for Plaintiff*

By: /s/ Michael W. McTigue Jr.

Michael W. McTigue Jr. (*pro hac vice*)*
Meredith C. Slawe (*pro hac vice*)
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000/1
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Admitted to Practice in Pennsylvania and
New York; Not Admitted in New York

Gabriel E. Gore
**DOWD BENNETT LLP**
7733 Forsyth Boulevard, Suite 1900
Clayton, Missouri 63105
Telephone: (314) 889-7300
ggore@dowdbennett.com

James F. Bennett
**DOWD BENNETT LLP**
7733 Forsyth Blvd., Suite 1900
Clayton, Missouri 63105
Telephone: (314) 889-7302
Fax: (314) 863-2111
jbennett@dowdbennett.com

Tina G. Fowler
**ELLIS, ELLIS, HAMMONS
& JOHNSON, PC**
2808 S. Ingram Mill, Suite A104
Springfield, Missouri 65804
Telephone: (417) 866-5091
Fax: (417) 866-1064
tfowler@eehjfirm.com

*Attorneys for Defendants Walmart Inc.,
Wal-Mart Stores East, L.P., and Wal-Mart
Stores Arkansas, LLC*

2