# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DEBBIE McCOY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| WALMART, INC., *et al.,* | ) Case No. 6:18-cv-03256-BP |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 17th day of October 2022, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendants Walmart, Inc., Walmart Stores, L.P. and Walmart Stores Arkansas, LLC. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: October 21, 2022